BRETZ & YOUNG, L.L.C.
3 Compound Drive
P.O. Box 1782
Hutchinson, KS 67504-1782
(620) 662-3435
Fax (620) 662-3445

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

MACEY STRUTT, a minor by and through  )
her mother and next friend Diana Strutt,  )
    Plaintiff,  )
     )
     )
     )
vs.  )  Case No.
     )
RENDA WEST,  )
VENTSISLAV KRAMOLINSKI, and  )
IMG TRUCKING, INC.  )
    Defendants.  )
     )

## COMPLAINT

COMES NOW the Plaintiff, and for her cause of action against the above-named Defendants, and in support thereof, states and alleges:

1. Macey Strutt, a minor by and through her mother and next friend Diana Strutt, is a citizen of the State of Kansas.

2. Defendant Renda West is a citizen of the State of Kentucky, and may be served with process at her residential address, 805 Vine Street, Hickman, Kentucky, 42050.

3. Defendant Ventsislav Kramolinski is a citizen of the State of Illinois, and may be served with process at his residential address, 5221 N. Elston Avenue, Apartment 1A, Chicago, Illinois, 60630.

4. Defendant IMG Trucking, Inc. is an Illinois corporation and may be served with process

through its registered agent, Irena M. Georgieva, 1707 N. 40th Avenue, Stone Park, Illinois 60165.

5. There is complete diversity of citizenship and the matter in controversy exceeds, exclusive of interest and costs, the sum specified by 28 U.S.C. § 1332.

6. That the acts of the Defendants set forth herein happened within the State of Illinois.

7. On July 10, 2014, Macey Strutt, while on a school sponsored trip with Kansas Unified School District 271, was a passenger in a vehicle with her teacher, another adult and five fellow students traveling northbound on Interstate 57 from Nashville, Tennessee back to their home state of Kansas.

8. At the time of the wreck which is the subject of this action, Defendant Renda West was the owner of the vehicle she was operating.

9. At the time of the wreck which is the subject of this action, Defendant Ventsislav Kramolinski was an employee and agent of Defendant IMG Trucking, Inc. and was operating a vehicle owned by Defendant IMG Trucking, Inc.

10. Defendants West and Kramolinski were negligent in operating their vehicles in one or more of the following, or other, respects:

    A. Failing to pay full time and attention;

    B. Driving too slow or too fast for the existing conditions;

    C. Failing to take appropriate evasive and corrective maneuvers; and

    D. Failing to keep the vehicle under control.

11. Defendants' conduct, in violation of statutory law, was negligence per se.

12. As a result of their negligence, Defendants lost control of their vehicles causing a

collision with the vehicle in which Plaintiff was riding.

13. As a result of Defendants' negligence and the resulting wreck, Plaintiff Macey Strutt suffered significant personal injuries.

14. The sole and proximate cause of Plaintiff's injuries and resulting damages was the negligence and recklessness of the Defendants.

15. At all times material hereto, Defendant Ventsislav Kramolinski was in the course and scope of his employment with Defendant IMG Trucking, Inc., and accordingly, his employer is vicariously liable for his negligence under the doctrine of *respondeat superior*.

16. As a direct and proximate result of Defendants' negligence, Plaintiff has suffered, and will continue to suffer in the future, hospital, medical, and incidental expenses, scarring, pain, suffering and loss of enjoyment of life.

WHEREFORE, Plaintiff prays for judgment against the above-named Defendants for their negligence and recklessness in an amount more than $75,000.00, plus costs, and for such other and further relief as the Court deems just and equitable.

Respectfully submitted,

/s Melinda G. Young
Melinda G. Young, KS Bar # 24309
**BRETZ & YOUNG, L.L.C.**
3 Compound Drive
P.O. Box 1782
Hutchinson, KS 67504-1782
(620) 662-3435
Fax (620) 662-3445
Melinda@byinjurylaw.com
Attorney for Plaintiff

## REQUEST FOR JURY TRIAL

COMES NOW the Plaintiff, pursuant to applicable law, and respectfully makes demand for trial by a jury of twelve persons of all issues herein joined.

By:     /s Melinda G. Young
           Melinda G. Young, KS Bar # 24309
           **BRETZ & YOUNG, L.L.C.**
           3 Compound Drive
           P.O. Box 1782
           Hutchinson, KS 67504-1782
           (620) 662-3435
           Fax (620) 662-3445
           Melinda@byinjurylaw.com
           Attorney for Plaintiff