UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ILLINOIS

MACEY STRUTT,

    **Plaintiff,**

v.

RENDA WEST, et al,

    **Defendant.**                        No. 16-cv-26-DRH

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This matter is before the court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Order entered by this Court on June 28, 2016 (Doc. 35), this case is **DISMISSED** with prejudice.

                    JUSTINE FLANAGAN,
                    ACTING CLERK OF COURT

                    BY:    /s/*Caitlin Fischer*
                            **Deputy Clerk**

Dated: September 2, 2016

Digitally signed by
Judge David R. Herndon
Date: 2016.09.02
13:06:00 -05'00'

APPROVED:
      U. S. DISTRICT JUDGE